## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ELANI GRETZER, individually and on Behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-19-490-R |
| STATE OF OKLAHOMA, *ex rel.* BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA, | ) ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this case will be dismissed for lack of prosecution if Plaintiff does not show good cause within 14 days from the date of this Order for her failure to effect service upon the Defendant.

IT IS SO ORDERED this 12th day of September 2019.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**