# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ELANI GRETZER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-v-<br><br>STATE OF OKLAHOMA *ex rel.* BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA**,**<br><br>Defendant. | Civil Case No. CIV-19-490-R |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, ELANI GRETZER, Individually and On Behalf of All Others Similarly Situated, by and through her attorneys of record, Maples, Nix & Diesselhorst, P.L.L.C., and pursuant to F.R.C.P. 41(a)(1)(A)(i), voluntarily dismisses her claims against Defendant herein, without prejudice to refiling.

Respectfully submitted,

/Nicole Snapp-Holloway
Jacob D. Diesselhorst, OBA #19446
Nicole Snapp-Holloway, OBA #18472
Maples, Nix & Diesselhorst, PLLC
15401 North May Avenue
Edmond, OK 73013
Tel: 800-539-0652
Facsimile: 405.413.5005
Jacob@mndlawfirm.com
Nicole@mndlawfirm.com

## Certificate of Service

    I hereby certify that on September 20, 2019, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

Shelly A. Leonard

Steven Bennett Blau